# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-60359    MS NAACP v. State Board of Elect Cmsn
                     USDC No. 3:22-CV-734

The above reference appeal is being dismissed this date as it was erroneously docketed in this court. The appeal is addressed to the Supreme Court.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Mr. Tommie S. Cardin
Mr. Arthur S. Johnston III
Mr. Robert Bruce McDuff
Mr. Carroll E. Rhodes
Mr. Rex Morris Shannon III
Mr. Joshua Tom
Ms. Paloma Wu